No. 341. LAKEWOOD MANUFACTURING CO. *v.* HOME INSURANCE CO. OF NEW YORK ET AL., *ante,* p. 827;

No. 344. KILARJIAN ET AL. *v.* UNITED STATES, *ante,* p. 827;

No. 367. LYKES BROS. STEAMSHIP CO., INC. *v.* HESS SHIPPING CORP. ET AL., *ante,* p. 853;

No. 5200. RICE *v.* SCHMIDT, WARDEN, *ante,* p. 836;

No. 5202. JONES *v.* SALISBURY, CORRECTIONAL SUPERINTENDENT, *ante,* p. 836;

No. 5211. LUSTER *v.* COOKSEY, *ante,* p. 854; and

No. 5379. WILLIAMSON *v.* CALIFORNIA, *ante,* p. 844. Petitions for rehearing denied.

DECEMBER 3, 1970

No. ——. CITIZENS TO PRESERVE OVERTON PARK, INC., ET AL. *v.* VOLPE, SECRETARY OF TRANSPORTATION, ET AL. C. A. 6th Cir. Motion of the Solicitor General for leave to Wm. Bradford Reynolds to present oral argument, *pro hac vice,* granted.

No. ——. CONSOLIDATION COAL CO. *v.* SOUTH-EAST COAL CO. Motion to postpone oral argument in No. 88, *Ramsey* v. *United Mine Workers of America* [certiorari granted, 397 U. S. 1006], denied.

DECEMBER 7, 1970

No. 897. ROCKEFELLER, GOVERNOR OF NEW YORK, ET AL. *v.* CATHOLIC MEDICAL CENTER OF BROOKLYN & QUEENS, INC., DIVISION OF ST. MARY'S HOSPITAL, ET AL. Appeal from C. A. 2d Cir. dismissed pursuant to Rule 60 of the Rules of this Court.